**SO ORDERED**

October 5, 2017.



ROBERT A. GORDON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **17–21402 – RAG**    Chapter: **11**

**Irwin Roland Scarff Sr.**
Debtor

### ORDER TO SHOW CAUSE
### WHY CASE SHOULD NOT BE DISMISSED
### FOR FAILURE TO COMPLETE REQUIRED FILINGS

By notice of the Court dated August 25, 2017 the above–captioned Debtor(s) was/were admonished to file:

- ☐ Statement of Current Monthly Income
- ☑ Schedules D G H and Declaration Concerning Debtor(s) Schedules
- ☐ Statement of Financial Affairs
- ☐ Other:

within fourteen (14) days. Debtor(s) has/have failed to comply with said Order. It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Debtor(s) show cause, if any there be, by the date designated above, in a writing filed with Clerk, U.S. Bankruptcy Court Baltimore Division, 101 West Lombard Street, Ste. 8530, Baltimore, Maryland 21201 why this case should not be dismissed, pursuant to 11 U.S.C. § 1112(b), for failure to complete required filings. Completion of the required filings by the same date shall dissolve this Order to Show Cause. Failure to complete the required filings within the time allowed, or failure to show cause which the Court considers adequate, may result in a dismissal of this case without further notice.

cc:  Debtor
     Attorney for Debtor – PRO SE
     U.S. Trustee

### End of Order

39x01 (rev. 12/01/2015) – smckenna