**IRWIN R. SCARFF, SR.**
**1206 WATERVALE ROAD**
**FALLSTON, MARYLAND 21047**
E-MAIL: irwinscarff.exitpreferred@gmail.com

TELEPHONE (443) 465-0122                                                                                       FAX (410) 670-9193

February 6, 2018

U.S. Bankruptcy Court
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201

      Re:    **IRWIN R. SCARFF, SR.**
              **Case No.: 17-21402-RAG**

To Whom It Concerns:

I am requesting that my case not be dismissed at this time for the following reasons:

1. I am trying to work with PennyMac. They requested a $10,000.00 a month payment, which amount included 10% Interest for 40 years. They appraised the property at $670,000.00 and said it would sell at auction for $660,000.00. My appraiser appraised the property at $650,000.00. If I can get PennyMac to work with me and give me payments at the $660,000.00 appraisal, I can make this work.

2. My income has changed and I am getting things worked out for my March 13th Status Hearing. I now have income of $2,800.00 per month, which is my Social Security income and rental income. I also have my real estate commissions.

3. I have a disease called Nonalcoholic Steatohepatitis (NASH). This is inflammation of the liver, which causes cell damage. The last two months I have been hospitalized 4 different times between 3 to 5 days each time due to complications from this disease. Things are under control at this time and I am continuing to work.

4. My real estate business has increased and I am working with several builders in the area who are interested in purchasing properties for development.

At this time I am requesting that you allow my case to continue, as I truly feel that I will be able to have this worked out within the next 3 to 6 months, if not sooner.

Thank You,

*Irwin R Scarff Sr* (signature)

Irwin R. Scarff, Sr.