**IRWIN R. SCARFF, SR.**
**1206 WATERVALE ROAD**
**FALLSTON, MARYLAND 21047**
E-MAIL: irwinscarff.exitpreferred@gmail.com

TELEPHONE (443) 465-0122                                                                 FAX (410) 670-9193

July 30, 2018

U.S. Bankruptcy Court
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201

      Re:    **IRWIN R. SCARFF, SR.**
               **Case No.: 17-21402-RAG**

To Whom It Concerns:

      This is to advise that I was not aware that I had a hearing scheduled on July, 16, 2018. For some reason I am not receiving the hearing notices at my address of 1206 Watervale Road, Fallston, MD 21047. I am rectifying this situation by getting a post office box, and I will notify you as soon as I do this.

      I am requesting a rescheduling of my hearing to continue with the Bankruptcy. Rushmore Mortgage contacted me and advised me that they have scheduled an auction of my property on August 30, 2018. Rushmore has indicated that they are willing to work with me in getting a modification of the mortgage.

      My financial situation has improved and I would like the chance to be able do the modification with Rushmore.

                                Sincerely,

                                Irwin R. Scarff, Sr.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

In Re: IRWIN SCARFF, Sr    * Case Number: 17-21402

                                                * Chapter: 7

            Debtor(s)

*FILED 2018 JUL 30 PM 1:34 U.S. BANKRUPTCY COURT DISTRICT OF MARYLAND BALTIMORE*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July, 2018, a copy of Request for reschedule, Because I didn't get any notice

was mailed first class mail, postage prepaid to:

Name
Address
City, State, Zip Code

Name
Address
City, State, Zip Code

Signature: _Irwin R Scarff Sr_

Signature: _____

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 17-21402<br>District of Maryland<br>Baltimore<br>Mon Jul 30 13:33:10 EDT 2018 | PENNYMAC LOAN SERVICES, LLC, AS SERVICER FOR<br>BWW Law Group, LLC<br>6003 Executive Boulevard<br>Rockville, MD 20852-3823 | PennyMac Corp.<br>c/o BWW Law Group, LLC<br>6003 Executive Blvd. Suite 101<br>Rockville, MD 20852-3813 |
| (p)U S SECURITIES AND EXCHANGE COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 | Harford County, Maryland<br>Department of Law<br>220 South Main Street<br>Bel Air, MD 21014-3820 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Services<br>PO box 7346<br>philadelphia, PA 19101-7346 | Penny mac loan services llc<br>PO box 514387<br>los angeles, CA 90051-4387 |
| PennyMac Corp<br>Gregory Mullen,<br>BWW Law Group, LLC<br>6003 Executive Blvd, Suite 101<br>Rockville, MD 20852-3813 | PennyMac Loan Sevices LLC<br>P.O. Box 2010<br>Moorpark, CA 93020 | Secretary of the Treasury<br>15 & Pennsylvania Avenue<br>Washington, DC 20220-0001 |
| State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2225 | U.S. Attorney-District of MD<br>4th floor<br>36 S. Charles St.<br>Baltimore, MD 21201-3119 | U.S. Trustee<br>101 West Lombard Street #2625<br>Baltimore, MD 21201-2668 |
| US Trustee - Baltimore<br>Garmatz Federal Courthouse<br>101 West Lombard Street<br>Suite 2625<br>Baltimore, MD 21201-2668 | George W. Liebmann<br>Liebmann & Shively, P.A.<br>8 W Hamilton Street<br>Baltimore, MD 21201-5008 | Irwin Roland Scarff Sr.<br>1206 Watervale Rd.<br>Fallston, MD 21047-1932 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Branch of Reorganization<br>Sec. & Exch. Commission<br>3475 Lenox Road NE (Suite 1000)<br>Atlanta, GA 30327-1232 | Internal Revenue Service<br>Centralized Insolvency Section<br>PO Box 21126 (DP-N-781)<br>Philadelphia, PA 19114 | End of Label Matrix<br>Mailable recipients    17<br>Bypassed recipients     0<br>Total                   17 |